IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HERON PETE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 19-0175-WS-B |
| ) | |
| PROCOLLECT, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On November 6, 2019, plaintiff's counsel filed a Notice of Settlement (doc. 24). In that filing, plaintiff indicates that the parties have settled this matter in its entirety and that they anticipate completing settlement documents within 60 days. In light of this development, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **60 days** after the date of entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 7th day of November, 2019.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE